588

460 A.2d 841

Cafardi v. Seitz, Appellant.
Petition for Allowance of Appeal
Denied Aug. 22, 1983.

Before WIEAND, BECK and MONTGOMERY, JJ.

Judgment affirmed.

466 A.2d 704

Commonwealth v. Christman, Appellant.
Reargument Denied July 19, 1983.

Before HESTER, CIRILLO and JOHNSON, JJ.

The judgment of sentence is affirmed.